IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MCNEIL CONSUMER         :      MDL NO. 2190
HEALTHCARE, ET AL., MARKETING  :
AND SALES PRACTICES LITIGATION :
                               :
Applies to:                    :
ALL ACTIONS                    :

ORDER

AND NOW, this 14th day of July, 2011, upon consideration of the Johnson and Johnson Defendants' Motion to Dismiss (Docket No. 33), the Contractor Defendants' Motion to Dismiss (Docket No. 34), the oppositions and replies thereto, and following oral argument held on June 29, 2011, IT IS HEREBY ORDERED, for the reasons set forth in a memorandum of law bearing today's date, that the motions are GRANTED.  IT IS FURTHER ORDERED THAT:

1.   All claims against Carolina Logistics Services, LLC; Carolina Supply Chain Services, LLC; WIS International; and Inmar, Inc. (the "Contractor Defendants"), are DISMISSED WITH PREJUDICE.

2.   All claims against the Johnson and Johnson Defendants are DISMISSED WITHOUT PREJUDICE.

3.   The plaintiffs may file an amended complaint within thirty days of the date of this Order.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.