```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: MCNEIL CONSUMER            :    MDL NO. 2190
HEALTHCARE, ET AL., MARKETING     :
AND SALES PRACTICES LITIGATION    :
                                  :
Applies to:                       :
ALL ACTIONS                       :
```

<u>ORDER</u>

AND NOW, this 13th day of July, 2012, upon consideration of the defendants' motion to dismiss (Docket No. 62) the plaintiffs' response thereto, the defendants' brief in reply, all supplemental materials offered in support thereof, after oral argument on January 19, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.  The Second Amended Civil Consumer Class Action Complaint is DISMISSED WITH PREJUDICE.  This case is closed.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```